

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Tan Duc Construction Limited Company, Inc. and Hoang-Yen Thi
                         Dang v. Jimmy Tran

Appellate case number:   01-14-00539-CV

Trial court case number: 2010-48243

Trial court:             309th District Court of Harris County

     It is ordered that Appellee's Amended Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle _____
                   Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Huddle

Date: December 20, 2016 _____